NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID GROBER,**
*Plaintiff-Appellant,*

**and**

**VOICE INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

**v.**

**MAKO PRODUCTS, INC., AIR SEA LAND PRODUCTIONS, INC., CINEVIDEOTECH, INC., SPECTRUM EFFECTS, INC., AND BLUE SKY AERIALS, INC.,**
*Defendants-Cross Appellants,*

**and**

**DOES 1-10, JORDAN KLEIN, SR., JORDAN KLEIN, JR., AND OPPENHEIMER CINE RENTAL, LLC,**
*Defendants.*

---

2010-1519, -1527

---

Appeals from the United States District Court for the Central District of California in case no. 04-CV-8604, Judge Jack Zouhary.

---

**ON MOTION**

## O R D E R

The appellants move to supplement the record on appeal.

The appellants state that the cross-appellants are objecting to the motion in the cross-appellants' brief. Thus, we deem it appropriate to defer this motion to the merits panel.

Accordingly,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order and the motion shall be transmitted to the merits panel.

FOR THE COURT

JAN 26 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David Grober
Edwin P. Tarver, Esq.
Brian M. Warwick, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 26 2011

JAN HORBALY
CLERK